

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-21-00102-CV
_____

JOSH DEMIDIO, Appellant

V.

PARIS POLICE DEPARTMENT OFFICERS HELMS, PEEK AND HINES, Appellees

On Appeal from the 62nd District Court
Lamar County, Texas
Trial Court No. 90565

Before Morriss, C.J., Stevens and van Cleef, JJ.
Memorandum Opinion by Justice van Cleef

# MEMORANDUM OPINION

Appellant Josh Demidio filed a timely pro se notice of appeal on October 8, 2021.  The clerk's record was filed on January 20, 2022.   The reporter's record was filed on March 9, 2022.  The original deadline for Demidio's appellate brief was April 8, 2022.

On April 27, 2022, we received a document that purported to be Demidio's appellate brief.  On that same date, we sent Demidio a letter explaining that, for numerous reasons, the document we received was inadequate to serve as a brief because it did not meet the requirements of Rule 38.1 of the Texas Rules of Appellate Procedure.  *See* TEX. R. APP. P. 38.1.  In our letter, we provided Demidio with a detailed explanation of why the document he provided to this Court failed to comply with Rule 38.1.  We informed Demidio that, if he did not file a brief that complied with Rule 38.1 by May 27, 2022, this appeal would be subject to dismissal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a).

Demidio has not provided this Court with a revised brief.  As a result, Demidio's appeal is ripe for dismissal.[1]

---

[1] Having provided Demidio with ample opportunity to file a proper brief in this matter, we are disinclined to sua sponte provide Demidio with additional time in which to file a brief that complies with Rule 38.1 of the Texas Rules of Appellate Procedure.  Moreover, we do not have the opposing party's brief and, therefore, cannot affirm upon that brief without examining the record.  *See* TEX. R. APP. P. 38.8(a)(3).

Pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8, 42.3; *see also Running v. City of Athens*, No. 12-18-00047-CV, 2018 WL 2326775, at \*1 (Tex. App.—Tyler, May 23, 2018, no pet.) (per curiam) (mem. op.).

Charles van Cleef
Justice

Date Submitted:    June 23, 2022
Date Decided:     June 24, 2022